**HARRIS BEACH MURTHA**
ATTORNEYS AT LAW

April 7, 2025

THE OMNI
333 EARLE OVINGTON BLVD, SUITE 901
UNIONDALE, NEW YORK 11553
516.880.8484

**ROY W. BREITENBACH**
MEMBER
DIRECT:   (516).880.8378
MOBILE: 516.382.5126
FAX:      516.880.8483
RBREITENBACH@HARRISBEACHMURTHA.COM

VIA ECF

The Hon. Mary Kay Vyskocil
United States District Judge
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/16/2025

RE:    *Gordon Surgical Group v. Empire HealthChoice*, 24-cv-08546

Dear Judge Vyskocil:

We represent Plaintiff in this lawsuit.  We jointly submit this letter with Defendants' counsel to request a stay of this action while the parties continue to negotiate a global resolution of Plaintiff's claims in this case and the other cases pending before other courts in this District.

It has taken the parties longer than anticipated to reach a resolution given the number of claims at issue and the age of some of those claims.  Thus, in the interest of judicial economy and so as to not further burden the Court, the parties respectfully request a 90-day stay of this action, including all conferences and deadlines.  The parties will endeavor to finalize settlement and file a stipulation of dismissal within those 90 days.

We thank Your Honor for your consideration of this matter.

Respectfully,

Roy W. Breitenbach

**This request is GRANTED in part and DENIED in part. The Court declines to administratively stay this case. The Court will extend the deadline for Defendants to answer or otherwise respond to the complaint from April 21, 2025 until July 7, 2025.  If no stipulation of dismissal or answer is filed by July 7, 2025, Plaintiff must prosecute this case in accordance with the Federal Rules of Civil Procedure or the case may be dismissed for failure to prosecute.**

The Clerk of Court respectfully is requested to terminate ECF number 10.

Date:  April 16, 2025
New York, New York

Mary Kay Vyskocil
United States District Judge

HARRIS BEACH MURTHA CULLINA PLLC