UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   3/5/2026

GORDON SURGICAL GROUP, P.C., PREMIER
MEDICAL ASSOCIATES OF THE HUDSON
VALLEY LLP and NORTHERN WESTCHESTER
SURGICAL ASSOCIATES, LLP,

               Plaintiffs,

               -against-

EMPIRE HEALTHCHOICE HMO, INC. and
EMPIRE HEALTHCHOICE ASSURANCE, INC.,

               Defendants.

1:24-cv-8546-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Court has been informed that the parties have reached a settlement.  Accordingly, IT IS HEREBY ORDERED that the pending motion to dismiss [ECF No. 21] is DENIED as moot. IT IS FURTHER ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and the application to restore the action is made by April 5, 2026.  If no such application is made by that date, today's dismissal of the action is with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).  All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

**Date:   March 5, 2026**
**       New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**